UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven J. Huard

    v.                                      08-fp-120

Essex County Correctional Center


**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $20.00 is due no later than June 30, 2008. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the Essex County Correctional Facility when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                            _____
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: May 20, 2008

cc:   Steven J. Huard, pro se
       Bonnie S. Reed, Financial Administrator
       New Hampshire Department of Corrections, Inmate Accounts