```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Steven J. Huard**

    **v.**                                         Case No.   08-cv-120-PB

**Essex County Corrections Center, et al.**


### O R D E R

I recuse myself from presiding over this case.

SO ORDERED.

                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

May 27, 2008

cc:   Steven J. Huard, pro se