UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Steven J. Huard

   v.             Civil No. 08-cv-120

Essex County Correctional
Center, et al.


## **ORDER OF RECUSAL**


I hereby recuse myself from presiding over this case.


**SO ORDERED.**

         _Steven J. McAuliffe_
         Steven J. McAuliffe
         Chief Judge

May 28, 2008

cc:  Steven J. Huard, pro se