UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Steven J. Huard</u>

    v.                            Civil No. 08-cv-120

<u>Essex County Correctional</u>
<u>Center, et al.</u>


O R D E R

    The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

    SO ORDERED.

                                                /s/ Joseph A. DiClerico, Jr.
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

Date:  June 3, 2008

cc:  Steven J. Huard, pro se