UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Steven J. Huard

    v.                    Civil No. 08-cv-120

Essex County Correctional
Center, et al.


**O R D E R**

I recuse myself from presiding over this case.

**SO ORDERED.**

                                        /s/ Joseph N. Laplante
                                        Joseph N. Laplante
                                        United States District Judge

Dated:  June 3, 2008

cc:  Steven J. Huard, pro se