**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Steven J. Huard

    v.                                  Civil No. 08-cv-120-PB

Essex County Correctional
Center, et al.


**ORDER OF RECUSAL**


    I hereby recuse myself from this case.


    **SO ORDERED.**


_____
James R. Muirhead
United States Magistrate Judge

Date: June 4, 2008

cc:   Steven J. Huard, pro se