UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

STEVEN J. HUARD
      Plaintiff

v.                                           NH-C.A. No. 08-120 S
                                              RI-M.C. No. 08-50 S

ESSEX COUNTY CORRECTIONAL
CENTER, ET AL.,
      Defendants

### ORDER

     The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 21, 2009, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant Martha Coakley's Motion to Dismiss is GRANTED, Defendant Harold W. Clarke's Motion to Dismiss is GRANTED, and Defendants Correctional Medical Services, Inc.'s, Wayne Ward's, and Dr. Bradford Noll's Motion for Judgment on the Pleadings is GRANTED. Further, for clarification purposes, this Court reiterates that Defendant Monier's Motion to Dismiss was previously granted pursuant to Fed. R. Civ. P. 12(b).

                                            By Order,

                                            _/s/_____
                                            Deputy Clerk

ENTER:

_/s/ WSmith_____
William E. Smith
United States District Judge
Date: 9/16/09