UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

STEVEN J. HUARD
    Plaintiff

v.                                            NH-C.A. No. 08-120 S
                                                  RI-M.C. No. 08-50 S

ESSEX COUNTY CORRECTIONAL
CENTER, ET AL.,
    Defendants

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 21, 2009, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Defendant Essex County Correctional Facility's, Michael Marks's, and Frank G. Cousins, Jr.'s Motion to Dismiss is hereby GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge
Date: 9/16/09